**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE WILLIAMS, | Case No. EDCV 16-2680-SJO (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| SHAWN HATTON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 2, 2017.

*S. James Otero*
HONORABLE S. JAMES OTERO
United States District Judge